UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>KEVIN A. WAITS,<br><br>        Defendant. | 3:18-po-00027-CMK<br><br>ORDER TO DISMISS WITHOUT PREJUDICE<br>AND VACATE INITIAL APPEARANCE<br><br>DATE:  February 27, 2018<br>TIME:  11:00 a.m.<br>JUDGE: Hon. Craig M. Kellison |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 3:18-po-00027-CMK without prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on February 27, 2018, at 11:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: February 23, 2018

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE